18954. SAVILLE *v.* SULLIVAN *et al.*

HAWKINS, Justice. The evidence failing to show that the land described in the plaintiff's action of ejectment is located in land lot No. 39, to which lot she introduced a chain of paper title, or that she and her predecessors in title had actual, adverse, and exclusive possession of the land for a period of twenty years, so as to establish prescriptive title, or acts and declarations of adjoining owners for seven years or more establishing a boundary line by acquiescence, the trial judge did not err in granting a nonsuit.

*Judgment affirmed. All the Justices concur.*

SUBMITTED MAY 9, 1955—DECIDED JUNE 13, 1955.

*Joseph M. Rogers,* for plaintiff in error.
*J. Frank Myers, H. B. Williams,* contra.

18957. TINGLE *v.* ATLANTA FEDERAL SAVINGS & LOAN ASSN.

DUCKWORTH, Chief Justice. The action here being one to confirm the sale of land under a power of sale pursuant to Code (Ann.) § 37-608 it is not one respecting title to land (Code, Ann., § 2-3704), and being one to confirm a sale where title may be incidentally involved it is not within the jurisdiction of the Supreme Court but within the jurisdiction of the Court of Appeals. *Water Power & Mining Co.* v. *Arnold,* 149 *Ga.* 107 (99 S. E. 382); *Colley* v. *Atlanta & W. P. R. Co.,* 156 *Ga.* 43 (118 S. E. 712); *Lewis* v. *Fry,* 194 *Ga.* 842 (22 S. E. 2d 817).

*Transferred to the Court of Appeals. All the Justices concur.*

ARGUED MAY 10, 1955—DECIDED JUNE 13, 1955.

*Haas, Holland & Blackshear,* for plaintiff in error.
*Johnson, Hatcher & Meyerson,* contra.